CSD 2065 [08/01/24]

Court Telephone: (619) 557-5620
www.casb.uscourts.gov

Gerald H. Davis # 110417
PO Box 38
Aguanga CA 92536
(619) 400-9997
ghd@trusteedavis.com

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
STEMEDICA CELL TECHNOLOGIES, INC.

Debtor(s)

BANKRUPTCY NO.
25-01855-JBM7

**TRUSTEE'S NOTICE OF PROPOSED ABANDONMENT OF PROPERTY**

TO THE DEBTOR, ALL CREDITORS, AND OTHER PARTIES IN INTEREST:

Pursuant to 11 U.S.C. § 554 and FRBP 6007(a), notice is hereby given that the undersigned Trustee for this estate intends to abandon the following property:

PROPERTY TO BE ABANDONED:

BANK OF AMERICA (FMV) $796.78 (DEBT) UNKNOWN

ESTIMATED VALUE OF THE PROPERTY:

(AS STATED)

LIENS AGAINST THE PROPERTY:

(UNKNOWN)

The property is to be abandoned because:

- ☒ There is little or no equity in the property for the estate.
- ☐ Costs of collection or litigation will probably exceed any recovery.
- ☒ Preservation of the asset is burdensome to the bankruptcy estate.
- ☐ Other:

By abandoning the property, the Trustee is returning the property to the debtor because it cannot, for the reasons stated above, be liquidated for the benefit of creditors. Requests for additional information about the proposed abandonment should be directed to the Trustee named below.

IF YOU OBJECT TO THE PROPOSED ABANDONMENT:

1. **You are required** to obtain a hearing date and time from the appropriate Courtroom Deputy for the judge assigned to this bankruptcy case. Determine which deputy to call by looking at the Bankruptcy Case No. in the caption on Page 1 of this notice. If the case number is followed by the letters:

| | | | | | | |
|---|---|---|---|---|---|---|
| - | CL | - | call (619) 557-6019 | - | DEPARTMENT ONE (Room 218) |
| - | JBM | - | call (619) 557-5157 | - | DEPARTMENT TWO (Room 118) |
| - | LT | - | call (619) 557-5157 | - | DEPARTMENT THREE (Room 129) |

2. **Within 14 days[1] from the date of this notice**, you are further required to serve a copy of your **Declaration in Opposition to the Abandonment** and separate **Request and Notice of Hearing** [Local Form CSD 1184] upon the undersigned trustee, together with any opposing papers. A copy of these documents must also be served upon the United States Trustee at 880 Front Street, Suite 3230, San Diego, CA 92101. The opposing declaration must be signed and verified in the manner prescribed by FRBP 9011, and the declaration must:

   a. identify the interest of the opposing party; and

   b. state, with particularity, the factual and legal grounds for the opposition.

3. **You must** file the original copy of the Declaration and Request and Notice of Hearing with proof of service with the Clerk of the U.S. Bankruptcy Court at 325 West F Street, San Diego, California 92101-6991, no later than the next business day following the date of service.

**If you fail to serve your "Declaration in Opposition to the Abandonment" and "Request and Notice of Hearing"** within the 14-day[1] period provided by this notice, **no hearing will take place**, you will lose your opportunity for hearing, and the moving party may proceed to take the intended action.

Dated: August 15, 2026

/s/ Gerald H. Davis
Chapter 7 Trustee
Address: PO Box 38
Aguanga CA 92536

Phone No.: (619) 400-9997
E-mail: ghd@trusteedavis.com

[1]Depending on how you were served, you may have additional time for response. See FRBP 9006.

United States Bankruptcy Court
Southern District of California

In re: Case No. 25-01855-JBM
Stemedica Cell Technologies, Inc. Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0974-3 User: Admin. Page 1 of 8
Date Rcvd: Aug 17, 2026 Form ID: pdf904 Total Noticed: 288

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stemedica Cell Technologies, Inc., 1420 Kettner Blvd., Ste 100, San Diego, CA 92101-5373 |
| 15197567 | #+ | 3 Day Blinds Corp, 167 Technology Drive, Irvine, CA 92618-2402 |
| 15197574 | + | AKW Medical, Inc., 8228 Mercury Court #120, San Jose, CA 92111-1232 |
| 15197568 | + | Abacus Properties Inc., 16870 W. Bernardo Drive #400, San Diego, CA 92127-1678 |
| 15197570 | + | Aerotek, Inc., 3689 Collection Ctr. Dr., Chicago, IL 60693-0036 |
| 15197572 | | Agility Clinical, Inc., 701 Palomar Road, Suite #270, Carlsbad, CA 92011 |
| 15197575 | + | Al-Tar Services, PO Box 398138, San Francisco, CA 94139-8138 |
| 15197576 | + | Alexi Lukashev, c/o Efaon Cobb, 1620 Fifth Ave., Suite 325, San Diego, CA 92101-2716 |
| 15197577 | + | Angelina Sampo, 3622 Roselawn Ave, San Diego, CA 92105-2943 |
| 15197578 | + | Anhna (Felicia) Chen Lwin, 1361 Vista Ave., Escondido, CA 92026-1516 |
| 15197580 | + | Atlas Biologicals, Inc., 2649 East Mulberry Street, A-3, Fort Colins, CO 80524-3673 |
| 15197582 | + | BDO Seidman, LLP, 3570 Carmel Mountain Rd, Suite 400, San Diego, CA 92130-6767 |
| 15197583 | + | Beckman-Coulter Inc., Dept. CH 10164, Palatine, IL 60055-0001 |
| 15197584 | + | Becton, Dickinson, PO Box 100921, Pasadena, CA 91189-0003 |
| 15197585 | + | Bega, Chelsea, 1609 8th Avenue, Apt 6, San Diego, CA 92101-2844 |
| 15197586 | + | Belas-Guzman, Riva, 5625 Roanoke Street, San Diego, CA 92139-3423 |
| 15197587 | + | Berry, Jessica, 1766 Red Barn Road, Encinitas, CA 92024-3033 |
| 15197588 | + | Beyond Benefits Life Science Association, 3914 Murphy Canyon Road, Suite A162, San Diego, CA 92123-4415 |
| 15197589 | + | Binder, Inc., 585-1D Johnson Ave., Bohemia, NY 11716-5030 |
| 15197590 | + | BioAdvisors, LLC, 3223 Bella Collina, Encinitas, CA 92024-7055 |
| 15197591 | + | Biocom, 10996 Torreyana Rd, Suite 200, San Diego, CA 92121-1160 |
| 15197594 | + | Biorasi, LLC, c/o Potter Anderson & Corroon, 1313 N. Market St. #6, Wilmington, DE 19801-6102 |
| 15197595 | + | Biorasi, LLC, One Flagler Building, 14 NE 1st Ave., Suite 1100, Miami, FL 33132-2409 |
| 15197596 | + | Bioscience International Inc., 11333 Woodglen Drive, Rockville, MD 20852-3071 |
| 15197598 | + | Biotrace / 3M, 2807 Paysphere Cir, Chicago, IL 60674-0001 |
| 15197599 | + | Blanco, Liset, 435 G Streeet, Chula Vista, CA 91910-3709 |
| 15197600 | + | Brady Worldwide Inc., P.O. Box 71995, Chicago, IL 60694-1995 |
| 15197601 | + | Bridgham, Mark, 14527 Victoria Estates Lane, Poway, CA 92064, CA 92064-2965 |
| 15275990 | + | Bruno Flores, Esq., 3141 Tiger Run Court, Suite 103, Carlsbad, CA 92010-6706 |
| 15197602 | + | Buchanan Ingersoll & Rooney, 1700 K Street, NW, Suite 300, Washington, DC 20006-3807 |
| 15197603 | + | Buck Services DBA HR World, 3521 Crowell Street, San Diego, CA 92103-4729 |
| 15197604 | + | Buck, Eve, 3521 Crowell St, San Diego, CA 92103-4729 |
| 15197605 | + | C&P Associates / Mendelow, c/o Ira Newman, 440 Park Ave. S. 10flr, New York City, NY 10016-8012 |
| 15251135 | + | CAB assignee of Prudential Overall Supply, 4340 Fulton Avenue, Third Fl., Sherman Oaks, CA 91423-3925 |
| 15197606 | + | CardioCell, c/o Shelley Ivan, 100 Park Ave. 16th Floor, New York, NY 10017-5538 |
| 15220302 | + | CardioCell, LLC, Jacquelyn H. Choi, 2029 Century Park East, Suite 400N, Los Angeles, CA 90067-2901 |
| 15197607 | + | Carlson, Craig, 1309 Shorebird Lane, Carlsbad, CA 92011-4885 |
| 15197608 | + | Cayabyab, Dawn, 6448 Potomac Street, San Diego, CA 92139-1109 |
| 15197609 | + | Cbiz Forensic Consulting, 401 B Street, Suite 2150, San Diego, CA 92101-4201 |

| | | |
|---|---|---|
| 15197610 | + | Cbiz LLC, c/o The Maloney Firm, Rosecrans Ave. Suite 405, El Segundo, CA 90266 |
| 15204487 | + | Charles J. Brown, III, 1201 N. Orange Street, Suite 300, Wilmington, DE 19801-1167 |
| 15197611 | + | Charles River, PO Box 27812, New York, NY 10087-7812 |
| 15197612 | + | Cheam, Leukena, 1066 Bells Drive, Oceanside, CA 92057-1922 |
| 15197613 | + | Cheatham, Shea, 1 Maybeck Place, Elsah, IL 62028-9720 |
| 15197614 | + | Chisholm, Julie, 13283 Evening Sky Court, San Diego, CA 92130-1301 |
| 15197615 | | Chubb Group of Insuranc, 202B Halls Mill Road, White Hse Sta, NJ 08889 |
| 15197617 | + | Chubb Insurance, c/o Jack R. Creel & Associates, P.O. Box 801083, Houston, TX 77280-1083 |
| 15197616 | + | Chubb Insurance, c/o Cisco Inc., 1702 Townhurst Dr., Houston, TX 77043-2811 |
| 15197621 | + | City Treasurer, PO Box 121431, San Diego, CA 92112-1431 |
| 15197622 | + | City Treasurer-Business, PO Box 121431, San Diego, CA 92112-1431 |
| 15197620 | + | City of San Diego, PO Box 129030, San Diego, CA 92112-9030 |
| 15223276 | + | Clifford F. Steinhauser, c/o Matthew R. Burton, Moss & Barnett, 150 South Fifth Street, Suite 1200, Minneapolis, MN 55402-4138 |
| 15197623 | + | Clifford Steinhauser, c/o Mike Steinhauser, 1820 Old Highway 8, NW, New Brighton, MN 55112-1829 |
| 15197624 | | Climet Instruments Company, PO Box 680148, Chicago, IL 60695-0148 |
| 15197625 | + | Controlled Contamination, c/o Robert L. Rentto, 3517 Camino Del Rio S. #412, San Diego, CA 92108-4046 |
| 15215151 | + | Controlled Contamination Services LLC, c/o Rentto & Rentto Prof. Law Corp., 3517 Camino del Rio South, Suite 412, San Diego, CA 92108-4046 |
| 15197626 | + | Controlled Contamination Services, LLC, 11696 Sorrento Valley Road, Suite 200, San Diego, CA 92121-1059 |
| 15197628 | + | Creditors Adjustment Bureau, c/o Kenneth J. Freed, 4340 Fulton Ave., Third Floor,, Sherman Oaks, CA 91423-3925 |
| 15197629 | + | Cryoport Systems, Inc., PO Box 205955, Dallas, TX 75320-5955 |
| 15197631 | + | Culligan, P.O. Box 2903, Wichita, KS 67201-2903 |
| 15197632 | + | Customer First Host, 5000 Eldorado Pkwy, Ste. 150-547, Frisco, TX 75033-8695 |
| 15197637 | + | DARIUS ANDERSON, 1215 K. St., Suite 1150, Sacramento, CA 95814-3955 |
| 15197639 | + | DCI Group P.C, 4096 Piedmont Ave #828, Oakland, Ca 94611-5221 |
| 15197633 | + | Dame, Michael, 32630 Ranchos Ladera Road, Bonsall, CA 92003-3310 |
| 15197634 | + | Daniel Silna, c/o Nathan Schultz, 10621 Craig Rd., Traverse City, MI 49686-9221 |
| 15223277 | + | Daniel Steinhauser, c/o Matthew R. Burton, Moss & Barnett, 150 South Fifth Street, Suite 1200, Minneapolis, MN 55402-4138 |
| 15197635 | + | Daniel Steinhauser, c/o Mike Steinhauser, 1820 Old Highway 8, NW, New Brighton, MN 55112-1829 |
| 15197636 | + | Daniyar Jumaniyazov, 4687 Torrey Circle, Apt B207, San Diego, CA 92130-8920 |
| 15197638 | | David Cheatham, 2707 Nw Pickett Ct, Bend, OR 97703-6807 |
| 15214771 | + | David McGuigan, 13954 Boquita Drive, Del Mar, CA 92014-3108 |
| 15197641 | + | Dewey Pest Control, PO Box 7114, Pasadena, CA 91109-7214 |
| 15197642 | + | Diez De Bonilla, Diana, 629 Del Mar Avenue, Chula Vista, CA 91910-5701 |
| 15197643 | + | Drake, Emily, 6566 Friars Rd., #107, San Diego, CA 92108-1081 |
| 15197650 | | ERG Holding Company, Dept 5614, Madison, AL 35758 |
| 15197646 | + | Embree, Jordan, 14 Sirius, Irvine, CA 92603-5714 |
| 15223420 | + | Emily Zebadua, 22275 Vista Verde Dr, Lake Forest, CA 92630-2350 |
| 15197647 | + | Enquiniti Trust Company,, 48 Wall Street, Floor 23, NY, NY 10005-2922 |
| 15197648 | + | Enriquez, John, 242 Murica Aisle, Irvine, CA 92614-0263 |
| 15197649 | + | Equinity (American Stock), 6201 15th Avenue, Brooklyn, NY 11219-5441 |
| 15197651 | + | Esmele, Ferlena, 223 Roth Ct, San Diego, CA 92114-4243 |
| 15197652 | + | Eurofins, 2425 New Holland Pike, Lancaster, PA 17601-5946 |
| 15197654 | + | Fernandes, Sarah, 375 N Westwind Drive, El Cajon, CA 92020-2847 |
| 15197656 | | Fisher Scientific Company, LLC, Attn: 965505, File # 50129, Los Angeles, CA 90074-0129 |
| 15197657 | + | Frank, Marcie, 1494 Union Street, Unit 207, San Diego, CA 92101-3448 |
| 15197662 | + | GL Technologies, LLC, 4204 Sorrento Valley Blvd, Suite H, San Diego, CA 92121-1412 |
| 15197658 | + | Gaudette, Kari, 471 Ballantyne St, #54, El Cajon, CA 92020-3767 |
| 15197659 | + | Geft, Valentyna, 11963 Brewster Ct, San Diego, CA 92128-4318 |
| 15197660 | | Gellert Scali Busenkell &, 102 N. Orange St, #300, Wilmington, DE 19801 |
| 15204488 | + | Gellert Seitz Busenkell & Brown, LLC, 1201 N. Orange Street, Suite 300, Wilmington, DE 19801-1167 |
| 15197661 | + | Gharib, Samir, 2325 Trenton Drive, San Bruno, CA 94066-2820 |
| 15197663 | | Glenn Carson, 777 N Saguaro Dr, Paradise Valley, AZ 85253 |
| 15197664 | + | Grainger Industrial Supply, Dept. 873025126, Palatine, IL 60038-0001 |
| 15197665 | + | Greater San Diego Air Conditioning, 3883 Ruffin Road, Suite C, San Diego, CA 92123-4813 |
| 15197666 | + | Gregory P. Olson, 501 West Broadway, Suite 1370, San Diego, CA 92101-3556 |
| 15197667 | + | Grigory Vertelov, 11423 Oculto Road, San Diego, CA 92127-1427 |
| 15197668 | + | Guo, Simon, 101 N Summit St, Toledo, OH 43604-1033 |
| 15197669 | + | Gupta, Evans, & Ayres, 5353 Mission Center Road, Suite 215, San Diego, CA 92108-1304 |
| 15197670 | + | Gyben Thomas, 7555 Herschel Ave., Apt. 2A, La Jolla, CA 92037-5147 |
| 15235028 | | HASLER MARC, 1B RUE DES VIGNERONS, MORGES (SWITZERLAND) |
| 15197671 | + | Hamman, Peter, 6787 Bedlow Court, San Diego, CA 92119-1537 |
| 15197672 | + | Hanesana, Eric, 6693 Hollycrest Court, San Diego, CA 92121-4137 |

| | | |
|---|---|---|
| 15197673 | + | Higgs, Fletcher & Mack, L, 401 W. A Street, #600, San Diego, CA 92101-7912 |
| 15197674 | + | Howard, Erin, 2832 K Street, San Diego, CA 92102-3147 |
| 15197675 | + | Howe Enterprises, c/o Maynard Howe, 9721 Orient Express Ct., Las Vegas, NV 89145-8702 |
| 15234351 | + | Howe Enterprises, Inc., 9721 Orient Express Court, Las Vegas, NV 89145-8702 |
| 15197676 | + | Howe, Maynard, 9721 Orient Express Court, Las Vegas, NV 89145-8702 |
| 15197677 | + | Howe, Roger, 5490 Eagle River Dr, Dublin, OH 43016-7500 |
| 15197678 | + | Infinity Labs SD Inc., 1585 South Perry Street, Denver, CO 80204-1584 |
| 15197681 | + | Irawan, Indrawati, 1493 Via Ronda, San Marcos, CA 92069-3423 |
| 15197683 | + | Jani Clean, 33475 Monte Verde Drive, Temecula, CA 92592-9136 |
| 15234350 | + | Jeffery A. Bendavid, 7301 Peak Drive, Suite 150, Las Vegas, NV 89128-9038 |
| 15197685 | + | Jones Day, 555 South Flower St, Fiftieth Floor, Los Angeles, CA 90071-2300 |
| 15197686 | + | Jones, Douglas, 744 Pomelo Drive, Vista, CA 92081-6307 |
| 15230981 | + | Joseph Pascual, 10330-31 Scripps Poway Pkwy, San Diego, CA 92131-5117 |
| 15197687 | + | Jumaniyazov, Daniyar, 4687 Torrey Circle, B207, San Diego, CA 92130-8920 |
| 15197688 | + | Kane, Robert, 3838 35th, Apt 8, San Diego, CA 92104-7109 |
| 15197689 | + | Kharazi, Alexander, PO Box 1432, Rancho Santa Fe, CA 92067-1432 |
| 15197690 | + | Kharazi, Ludmila, P.O. Box 1432, Rancho Santa Fe, CA 92067-1432 |
| 15197691 | + | Kinsella Consulting, 9721 Orient Express Court, Las Vegas, NV 89145-8702 |
| 15197692 | + | Kinsella Consulting & Investments, LLC, c/o Jeffery A. Bendavid, 7301 Peak Drive, Suite 150, Las Vegas, NV 89128-9038 |
| 15234326 | + | Kinsella Consulting & Investments, LLC, Rocco I. Debitetto, Esq., Hahn Loeser & Parks LLP, 200 Public Square, Suite 2800, Cleveland, OH 44114-2303 |
| 15197695 | + | Kudinov, Yuriy, 1037 Emerald Street, Apt A,, San Diego, CA 92109-2817 |
| 15197696 | + | Laporte, Joshua, 14347 Barrymore Street, San Diego, CA 92129-3308 |
| 15197697 | + | Lavine, Lofgren, 4180 La Jolla Village Drive, Suite 300, La Jolla, CA 92037-1472 |
| 15234127 | + | Law Office of Nathan A. Schultz, P.C., 2632 Crossing Cir. #1120, Traverse City, MI 49684-7930 |
| 15197698 | + | Law Offices of Craig V. Butler, 300 Spectrum Center Dr, #300, Irvine, CA 92618-4987 |
| 15197699 | + | Leroy, Chiara, 6304 Lorca Drive, San Diego, CA 92115-5509 |
| 15197700 | + | Lev Verkh, 1593 Andorre Glen, Escondido, CA 92029-6641 |
| 15197701 | | Linde Gas & Equipment Inc., DEPT LA 21511, Pasadena, CA 91185-1511 |
| 15197702 | + | Lopez, Jennifer, 3071 Sunset Canyon Drive, San Diego, CA 92117-7806 |
| 15197703 | + | Lukashev, Alexei, 12229 Carmel Vista Road, #251, San Diego, CA 92130-2530 |
| 15197704 | + | Luz Montemayor, 1494 Honeysuckle Lane, San Diego, CA 92114-6624 |
| 15197705 | + | Lwin, Aung, 1361 Vista Ave, Escondido, CA 92026-1516 |
| 15197706 | + | M&M, 9721 Orient Express Ct., Las Vegas, NV 89145-8702 |
| 15197707 | + | M&M Consortium, 9721 Orient Express Ct., Las Vegas, NV 89145-8702 |
| 15234387 | + | M&M Consortium Holding L.P., 9721 Orient Express Court, Las Vegas, NV 89145-8702 |
| 15197708 | + | Mai, Tiffani, 8850 Alphecca Way, San Diego, CA 92126-1902 |
| 15219641 | + | Marcie Frank, 1494 Union Street, Unit 207, San Diego, CA 92101-3448 |
| 15197709 | + | Marcie Frank, 1494 Union Street #207, San Diego, CA 92101-3448 |
| 15197710 | + | Martza, Maurice, 4030 Front Street, Apt 5, San Diego, CA 92103-2064 |
| 15197711 | + | Maureen Pechacek, CPA MBT, 9721 Orient Express Ct., Las Vegas, NV 89145-8702 |
| 15197712 | + | Maynard Howe, 9721 Orient Express Ct., Las Vegas, NV 89145-8702 |
| 15197713 | + | Mcguigan, David, 13954 Boquita Drive, Del Mar, CA 92014-3108 |
| 15197715 | + | Meiram Akhmedjanov, 15724 Montbury Place, San Diego, CA 92131-4313 |
| 15197716 | + | Meiram Akhmedjanov (from SI), 15724 Montbury Place, San Diego, CA 92131-4313 |
| 15197717 | + | Merative US L. P., 100 Phoenix Drive, Ann Arbor, MI 48108-2635 |
| 15197718 | + | Mettler-Toledo Rainin, LLC, PO BOX 100802, Pasadena, CA 91189-0003 |
| 15197719 | + | Michael Geiger, 4275 37th Street, Suite 3D, San Diego, CA 92105-1078 |
| 15223275 | + | Michael K. Steinhauser, c/o Matthew R. Burton, Moss & Barnett, 150 South Fifth Street, Suite 1200, Minneapolis, MN 55402-4138 |
| 15197720 | + | Michael Steinhauser, 1820 Old Highway 8, NW, New Brighton, MN 55112-1829 |
| 15197721 | | Michael Steinhauser, 1821 Old Highway 8, NW, New Brighton, MN 55112 |
| 15197723 | + | Mike Illitch, 2211 Woodward Avenue, Detroit, MI 48201-3467 |
| 15197724 | + | Millipore Corporation, 25760 Network Place, Chicago, IL 60673-1257 |
| 15197725 | + | Molecular Devices LLC, 2680 Collection Center Drive, Chicago, IL 60693-0001 |
| 15197726 | + | Molina, Jorge, 11691 River Rim Road, San Diego, CA 92126-1136 |
| 15197727 | + | Montemayor, Luz, 1494 Honeysuckle Lane, San Diego, CA 92114-6624 |
| 15197728 | + | Montes, Diana, 4945 Comanche Drive, Unit H, La Mesa, CA 91942-8070 |
| 15197729 | + | Montgomery Irizarry, Shamara Aileen, 702 Conn Pl, El Cajon, CA 92021-5601 |
| 15197730 | + | Mousali, Rhonda, 7375 Calle Cristobal, Apt 216, San Diego, CA 92126-6043 |
| 15197731 | + | Nancy Ridge Tech Ctr, 7920 Miramar Rd, Suite 123, San Diego, CA 92126-4206 |
| 15197733 | + | Nancy Ridge Technology Center, c/o Kimball Tirey St. John, 7676 Hazard Center Dr. #900B, San Diego, CA 92108-4503 |
| 15197732 | + | Nancy Ridge Technology Center, c/o Cynthia Stelzer, Esq., 7677 Hazard Center Dr. #900B, San Diego, CA 92108-4541 |
| 15197734 | + | Nancy Ridge Technology Center, L.P., c/o Kimball Tirey & St. John, 7676 Hazard Center Dr. #900B, San Diego, CA 92108-4503 |

| | | |
|---|---|---|
| 15197735 | + | Nikolai Tankovich, 7371 Los Brazos, San Diego, CA 92127-3853 |
| 15197736 | + | NuAire, Inc,, NW 1483, PO Box 1450, Minneapolis, MN 55485-1450 |
| 15197737 | + | Occupational Services, Inc., 6397 Nancy Ridge Drive, San Diego, CA 92121-2247 |
| 15197738 | + | OptoCal, 13891 Deanly Ct, Lakeside, CA 92040-4858 |
| 15197739 | + | Ortiz, Omar, 4050 46th Street, Unit 1, San Diego, CA 92105-1842 |
| 15197741 | + | PAK Fabrics, c/o Nathan Schultz, 10621 Craig Rd., Traverse City, MI 49686-9221 |
| 15197747 | + | PBO Advisory Group, LLC, 3655 Nobel Dr, Suite 520, San Diego, CA 92122-1051 |
| 15197750 | + | PGI Premiere Global Services, PO Box 404351, Atlanta, GA 30384-4351 |
| 15197754 | + | PR Newswire (Cision US), GPO Box 5897, New York, NY 10087-5897 |
| 15197740 | + | Pacific Horizon Managem, 7920 Miramar Rd, #123, San Diego, CA 92126-4206 |
| 15234128 | + | Pak Fabric Sales Co., Inc., 355 Murray Hill Pkwy, East Rutherford, NJ 07073-2139 |
| 15197742 | + | Paradigm, 7371 Los Brazos, San Diego, CA 92127-3853 |
| 15197744 | + | Paschall Law, 4085 Pacific Highway, Suite 106, San Diego, CA 92110-2059 |
| 15197745 | + | Pascual, Joe, 10330-31 Scripps Poway Parkway, San Diego, CA 92131-5117 |
| 15197746 | + | Paychex, 1535 Scenic Avenue, #100, Costa Mesa, CA 92626-1103 |
| 15197748 | + | Pembroke, Nicole, 2520 Chicago Street, Apt 16, San Diego, CA 92110-4145 |
| 15197749 | + | Peterson, Jack, 17060 Palacio Ct, San Diego, CA 92127-1455 |
| 15197751 | + | Pham, Christine, 5051 La Jolla Blvd, #101, San Diego, CA 92109-1712 |
| 15197752 | + | Pingrey, Priscilla, 2816 Hawthorn St, San Diego 92104-5522 |
| 15197753 | + | Portnoy, Vasiliy, 6352 Sycamore Lane, San Diego, CA 92130-2603 |
| 15197755 | + | Precision for Medicine - CUTIS, 701 Palomar Airport Road, Suite 270, Carlsbad, CA 92011-1047 |
| 15197756 | | Providence Health System, c/o Stephen T. Pelletier, 503 B Street, Suite 1310, San Diego, CA 92101 |
| 15197757 | + | Providence Medical Foundation, 3345 Micelson Drive, Suite #200, Irvine, CA 92612-0694 |
| 15197758 | + | Prudential Cleanroom Services, 6948 Bandini Blvd., Commerce, CA 90040-3326 |
| 15197759 | + | Prudential Life, PO Box 856138, Louisville, KY 40285-6138 |
| 15197760 | + | R&D Systems, 614 McKinley Place NE, Minneapolis, MN 55413-2647 |
| 15197761 | + | Ready Refresh, P.O. Box 856158, Louisville, KY 40285-6158 |
| 15197762 | + | Reyes, Leah, 3120 Carleton Street, San Diego, CA 92106-2620 |
| 15210005 | + | Richard C. Norton, Esq., NORTON MOORE & ADAMS, LLP, 501 West Broadway, Suite 800, San Diego, California 92101-3546 |
| 15197763 | + | Richard Schell, PMB 246 / PO Box 5000, Rancho Santa Fe, CA 92067-5000 |
| 15197764 | + | Rico, Juan C, 224 Sycamore Rd, Apt 24, San Ysidro, CA 92173-2939 |
| 15251626 | + | Rimon, P.C., 2029 Century Park East, Suite 400N, Los Angeles, CA 90067, Telephone 90067-2901 |
| 15197765 | + | Robert Kane, 3838 35th Apt 8, San Diego, CA 92104-7109 |
| 15197766 | + | Rodney Thornton, 1126 Rambling Oaks, Norman, OK 73072-4254 |
| 15197767 | + | Rodulfo, Altara, 8510 Westmore Rd, #280, San Diego, CA 92126-5425 |
| 15197768 | + | Roger Howe, 5490 Eagle River Drive, Dublin, OH 43016-7500 |
| 15197769 | + | Romeo, John, 5934 Rancho Mission Road, Unit 108, San Diego, CA 92108-2528 |
| 15197770 | + | Saint John's Cancer Institute, 2200 Santa Monica Blvd., Santa Monica, CA 90404-2312 |
| 15197771 | + | Saltzman Mugan Dushoff PLLC, 1835 Village Center Circle, Las Vegas, NV 89134-6369 |
| 15197772 | + | Samantha Silna Trust, c/o Nathan Schultz, 10621 Craig Rd., Traverse City, MI 49686-9221 |
| 15197773 | + | Samantha Silnas 2006 Trust, c/o CT Fulfillment, 555 Capitol Mall, Suite 1000, Sacramento, CA 95814-4504 |
| 15197774 | + | San Diego County, PO Box 129009, San Diego, CA 92112-9009 |
| 15197775 | + | San Diego Police Department, Permits and Licensing-MS735, PO Box 121431, San Diego, CA 92112-1431 |
| 15197776 | + | Sani-Tech West Inc., 1020 Flynn Road, Camarillo, CA 93012-8705 |
| 15197777 | + | Sanisure, Inc., 1020 Flynn Road, Camarillo, CA 93012-8705 |
| 15197778 | + | Santos, Alison, 11658 Jocatal Court, San Diego, CA 92127-1147 |
| 15197779 | + | Santosh Kesari, MD, PHD, 2200 Santa Monica Blvd., Santa Monica, CA 90404-2312 |
| 15197780 | + | Savage, Amanda, 1957 Fantero Ave, Escondido, CA 92029-4217 |
| 15197783 | + | Securitas, Dept Ch 10651, Palatine, IL 60055-0001 |
| 15197784 | + | Seedenburg, William, 1231 Via La Ranchita, San Marcos, CA 92069-3140 |
| 15197785 | + | Sharp Business Systems, Inc., 8670 Argent St, Santee, CA 92071-4172 |
| 15197786 | + | Sharpe Refrigeration, Inc,, 7848 Silverton Ave., Suite C, San Diego, CA 92126-6308 |
| 15197787 | + | Sherpa Clinical Packaging, LLC - PCI, 6166 Nancy Ridge Dr, San Diego, CA 92121-3223 |
| 15197789 | + | Sigma Aldrich Inc., PO Box 535182, Atlanta, GA 30353-5182 |
| 15197790 | + | Sophie Silna Trust, c/o Nathan Schultz, 10621 Craig Rd., Traverse City, MI 49686-9221 |
| 15197791 | + | Spaces, 1420 Kettner Blvd, Suite 100, 200, 300, San Diego, CA 92101-2421 |
| 15197793 | + | Spencer Silna Trust, c/o Nathan Schultz, 10621 Craig Rd., Traverse City, MI 49686-9221 |
| 15197794 | + | St. Joseph Heritage Healthcare, 200 W. Center Street Promenade, Anaheim, CA 92805-3960 |
| 15197795 | + | St. Jude Hospital Inc., 101 E. Valencia Mesa Dr., Fullerton, CA 92835-3875 |
| 15197796 | + | State of CA Franchise Tax Board, P.O. Box 550, Sacramento, CA 95812-0550 |
| 15197799 | + | Sterling Hoffman, c/o Steven A. Booska, P.O. Box 2169, Oakland, CA 94621-0069 |
| 15217807 | + | Steven Gerbsman, Gerbsman Partners/TGI Financial, Inc., 7929 Westpark Drive #2012, Tysons, VA 22102-4394 |
| 15226751 | + | Steven Gerbsman, Gerbsman Partners/TGI Financial, Inc., 7929 Westpark Drive, Apt. 2012, Tysons, VA 22102-4394 |

| | | |
|---|---|---|
| 15197800 | + | Tankovich, Nikolai, 7371 Los Brazos, San Diego, CA 92127-3853 |
| 15197801 | + | Tencer Sherman LLC, 12520 High Bluff Drive, Suite 230, San Diego, CA 92130-2062 |
| 15197802 | + | The Hartford, Business Service Center, 3600 Wiseman Blvd, San Antonio, TX 78251-4323 |
| 15234133 | + | The Samantha Silna 2006 Trust, 16030 Ventura Blvd., Suite 380, Encino, CA 91436-2778 |
| 15234134 | + | The Sophie Silna 2006 Trust, 16030 Ventura Blvd., Suite 380, Encino, CA 91436-2778 |
| 15234135 | + | The Spencer Silna 2006 Trust, 16030 Ventura Blvd., Suite 380, Encino, CA 91436-2778 |
| 15197803 | #+ | Threshold Ventures, 8700 E. Vista Bonita Drive, Ste 232, Scottsdale, AZ 85255-3202 |
| 15234508 | + | Threshold Ventures, Inc., 80 South 8th Street, Suite 2200, Minneapolis, MN 55402-2210 |
| 15197804 | + | Timothy Brown, 956 Walnut St., #200, San Luis Obispo, CA 93401-1707 |
| 15197805 | + | Torah Learning Center, Young Israel of Las Vegas, 9590 W. Sahara Ave, Las Vegas, NV 89117-5301 |
| 15197806 | + | Trejo, Fernando, 512 Sacramento Avenue, Spring Valley, CA 91977-5940 |
| 15197807 | + | Trice, Aida, 1891 N Litchfield Rd, Apt 220, Goodyear, AZ 85395-1606 |
| 15197811 | | US Bank, 3200 East NC-54, Suite 100, RTP, NC 27709 |
| 15197809 | + | Universal Stabilization Technologies, In, 4050 Sorrento Valley Blvd, Suite L, San Diego, CA 92121-1425 |
| 15213611 | + | Universal Stabilization Technologies, Inc., 4050 Sorrento Valley Blvd., Suite L, San Diego, CA 92121-1425 |
| 15197810 | + | University of Rochester Med, 77 Ridgeland Rd, Rochester, NY 14623-3111 |
| 15217934 | + | VTI Life Sciences, Inc., 10815 Rancho Bernardo Rd, Ste 120, San Diego, CA 92127-2187 |
| 15197814 | + | Validation Technologies, Inc., 10815 Rancho Bernardo Road, Suite 120, San Diego, CA 92127-2187 |
| 15228573 | + | Vasiliy Portnoy, 6352 Sycamore Lane, san diego, CA 92130-2603 |
| 15197815 | + | Verkh, Lev, 1593 Andorre Glen, Escondido, CA 92029-6641 |
| 15197816 | + | Vertelov, Grigory, 11423 Oculto Rd, San Diego, CA 92127-1427 |
| 15197817 | + | Viada, Diahann, PO Box 910047, San Diego, CA 92191-0047 |
| 15197819 | + | WCG IRB, PO Box 150434, Hartford, CT 06115-0434 |
| 15197818 | + | Wallace, Clifford, 5663 Arbor Grove Ct, San Diego, CA 92121-4343 |
| 15197820 | + | William J. Maloney, 450 Broadway St, M/C 6342, Redwood, CA 94063-3132 |
| 15213089 | + | William Seedenburg, 1231 Via La Ranchita, San Marcos, CA 92069-3140 |
| 15197822 | + | Winxnet, LLC dba Logically, 9210 Sky Park Court, Suite 150, San Diego, CA 92123-4479 |
| 15197823 | + | Yang Liu, 6725 Mesa Ridge Road, Suite 100, San Diego, CA 92121-2924 |
| 15197824 | + | Zebadua, Emily, 22275 Vista Verde Drive, Lake Forrest, CA 92630-2350 |
| 15197644 | + | eCTD Submit, LLC, 551 Valley Road #200, Upper Montclair, NJ 07043-1832 |

TOTAL: 256

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15197569 | | Email/Text: lhowes@actenviro.com | Aug 18 2026 01:10:00 | Advanced Chemical Transport, 967 Mabury Road, San Jose, CA 95133 |
| 15197579 | + | Email/Text: g17768@att.com | Aug 18 2026 01:10:00 | AT&T, PO Box 5025, Carol Stream, IL 60197-5025 |
| 15197571 | + | Email/Text: mgeorge@aflac.com | Aug 18 2026 01:10:00 | Aflac, Worldwide Headquarters, Columbus, GA 31999-0001 |
| 15197573 | ^ | MEBN | Aug 18 2026 01:02:53 | Airgas USA, LLC, PO Box 102289, Pasadena, CA 91189-0113 |
| 15197627 | | Email/Text: CCICollectionsGlobalForms@cox.com | Aug 18 2026 01:10:48 | Cox Communications San Diego, PO Box 53214, Phoenix, AZ 85072 |
| 15197630 | ^ | MEBN | Aug 18 2026 01:02:50 | CSC, PO Box 7410023, Chicago, IL 60674-5023 |
| 15197618 | | Email/Text: stephen.malkiewicz@cintas.com | Aug 18 2026 01:10:00 | Cintas, PO Box 636525, Cincinnati, OH 45263-1025 |
| 15197619 | | Email/Text: stephen.malkiewicz@cintas.com | Aug 18 2026 01:10:00 | Cintas Fire 636525, PO Box 636525, Cincinnati, OH 45263-6525 |
| 15197640 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 18 2026 01:10:00 | Department of Treasury IRS, Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15197645 | | Email/Text: itcdbg@edd.ca.gov | Aug 18 2026 01:10:00 | EDD, PO Box 826215, MIC 3A, Sacramento, CA 94230-6215 |
| 15197653 | ^ | MEBN | Aug 18 2026 01:02:48 | FedEx, PO Box 7221, Pasadena, CA 91109-7321 |

| | | | | |
|---|---|---|---|---|
| 15197655 | ^ | MEBN | Aug 18 2026 01:02:48 | First Insurance Funding Corp., PO Box 7000, Carol Stream, IL 60197-7000 |
| 15258372 | | Email/Text: BKBNCNotices@ftb.ca.gov | Aug 18 2026 01:10:00 | Franchise Tax Board, Bankruptcy Section MS A340, PO BOX 2952, Sacramento CA 95812-2952 |
| 15197682 | + | Email/Text: bankruptcy2@ironmountain.com | Aug 18 2026 01:10:00 | Iron Mountain, PO BOX 601002, Pasadena, CA 91189-0002 |
| 15197684 | ^ | MEBN | Aug 18 2026 01:02:53 | Johnson Controls, P.O. Box 371967, Pittsburgh, PA 15250-7967 |
| 15197693 | + | Email/Text: diane@knight-security.com | Aug 18 2026 01:10:00 | Knight Security & Fire Systems, 2418 Auto Park Way, Escondido, CA 92029-1223 |
| 15197714 | | Email/Text: BkNotice@McKesson.com | Aug 18 2026 01:10:00 | McKesson Medical Surgical, Inc, 9954 Mayland Drive, Suite 4000, Henrico, VA 23233 |
| 15197722 | + | Email/Text: celabnc@microsoft.com | Aug 18 2026 01:10:00 | Microsoft Corporation, One Microsoft Way, Redmond, WA 98052-8300 |
| 15218008 | + | Email/Text: jacquelyn.choi@rimonlaw.com | Aug 18 2026 01:10:00 | Nina Vikhrieva, c/o Jacquelyn H. Choi, Rimon, P.C., 2029 Century Park East, Suite 400N, Los Angeles, CA 90067-2901 |
| 15197781 | ^ | MEBN | Aug 18 2026 01:02:46 | SD County Treasurer-Tax Collector, 1600 Pacific Hwy Rm 162, MS-A-47, San Diego, CA 92101-2477 |
| 15197782 | | Email/Text: Bankruptcies@semprautilities.com | Aug 18 2026 01:10:00 | SDG&E, PO Box 25111, Santa Ana, CA 92799 |
| 15197798 | | Email/Text: BankruptcyNotice@Stericycle.com | Aug 18 2026 01:10:00 | Stericycle, Inc., PO Box 6578, Carol Stream, IL 60197 |
| 15211458 | ^ | MEBN | Aug 18 2026 01:02:46 | San Diego County Treasurer-Tax Collector, Attn: Bankruptcy Desk, 1600 Pacific Highway, Room 162, San Diego, CA 92101-2477 |
| 15218030 | + | Email/Text: jacquelyn.choi@rimonlaw.com | Aug 18 2026 01:10:00 | Sergey Leshkov, c/o Jacquelyn H. Choi, Rimon, P.C., 2029 Century Park East, Suite 400N, Los Angeles, CA 90067-2901 |
| 15197788 | + | Email/Text: BankruptcyNotice@Stericycle.com | Aug 18 2026 01:10:00 | Shred-it USA LLC, 28883 Network Place, Chicago, IL 60673-1288 |
| 15197792 | + | Email/Text: dl-csgbankruptcy@charter.com | Aug 18 2026 01:10:00 | Spectrum Business Cons, Charter Communications, PO Box 60074, CITY INDUSTRY, CA 91716-0074 |
| 15197797 | | Email/Text: itcdbg@edd.ca.gov | Aug 18 2026 01:10:00 | State of California EDD, Lien Group, MIC 92G, PO Box 826880, Sacramento, CA 94280-0001 |
| 15197808 | ^ | MEBN | Aug 18 2026 01:02:49 | U.S. Bank Equipment Finance, c/o Lien Solutions, P.O. Box 29071, Glendale, CA 91209-9071 |
| 15197812 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 18 2026 01:10:00 | US Bank, PO Box 1800, St. Paul, MN 55101-0800 |
| 15197813 | + | Email/Text: misty.hoefs@usbank.com | Aug 18 2026 01:10:00 | US Bank Equipment Finance, PO Box 790448, St. Louis, MO 63179-0448 |
| 15197821 | + | Email/Text: tbyard@wsgr.com | Aug 18 2026 01:10:00 | Wilson Sonsini, PO Box 742866, Los Angeles, CA 90074-2866 |
| 15197825 | + | Email/Text: bankruptcy@zoom.us | Aug 18 2026 01:10:00 | Zoom Video Communications, 55 Almaden Blvd, 6th Floor, San Jose, CA 95113-1612 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15215847 | | Almas Kenessary, Kabanbai batyr 60/14, apartment 12, Astana City, Kazakhstan |
| 15215848 | | Biomed Central Asia LLP (Kazakhstan), Sarayshyk 24/1, Astana City, Kazakhstan, Sarayshyk 24/1, Astana City, Kazakhstan |
| 15197679 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, PO Box 105083, Atlanta, GA 30348-5083 |
| 15234132 | *+ | Law Office of Nathan A. Schultz P.C., 2632 Crossing Cir #1120, Traverse City, MI 49684-7930 |
| 15234131 | *+ | Law Office of Nathan A. Schultz, P.C., 2632 Crossing Cir #1120, Traverse City, MI 49684-7930 |
| 15197581 | ##+ | Bay City Electric Works, PO Box 641054, Dallas, TX 75264-1054 |
| 15197592 | ##+ | Biorasi LLC - AD, 18851 NE 29th Ave., Suite 800, Miami, FL 33180-2846 |
| 15197593 | ##+ | Biorasi LLC - COVID, 18851 NE 29th Ave., Suite 800, Miami, FL 33180-2846 |
| 15197597 | ##+ | Biotechnical Service, 9373 Activity Road, Suite J, San Diego, CA 92126-4409 |
| 15197680 | ##+ | IOA Insurance Services, 4370 La Jolla Village Dr., Unit 600, San Diego, CA 92122-1252 |
| 15197694 | ##+ | Kompass Integrated Solutions, Inc, 2083 Old Middlefield Way, Ste 202, Mountain View, CA 94043-2466 |
| 15197743 | ## | Particle Measuring Systems, 5475 Airport Boulevard, Boulder, CO 80301-2339 |

TOTAL: 2 Undeliverable, 3 Duplicate, 7 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ajay Gupta | on behalf of Debtor Stemedica Cell Technologies Inc. ajay@guptalc.com, guptaar87864@notify.bestcase.com,2086377420@filings.docketbird.com,9135577420@filings.docketbird.com |
| Alyssa Ivancevich | on behalf of United States Trustee United States Trustee alyssa.s.ivancevich@usdoj.gov tiffany.l.carroll@usdoj.gov,ustp.region15@usdoj.gov |
| Bruno Flores | on behalf of Interested Party Steven Gerbsman bruno@brunoflores.com jackie@brunoflores.com;17568@notices.nextchapterbk.com |
| Gerald H. Davis | ghd@trusteedavis.com ghd@trustesolutions.net,juliesmythdavis2@gmail.com |
| Jacquelyn Choi | on behalf of Creditor CardioCell LLC jacquelyn.Choi@rimonlaw.com, docketing@rimonlaw.com |
| Jacquelyn Choi | on behalf of Creditor Nina Vikhrieva jacquelyn.Choi@rimonlaw.com docketing@rimonlaw.com |
| Nathan Schultz | on behalf of Petitioning Creditor The Samantha Silna 2006 Trust nschultzesq@gmail.com |
| Nathan Schultz | on behalf of Petitioning Creditor The Spencer Silna 2006 Trust nschultzesq@gmail.com |
| Nathan Schultz | on behalf of Petitioning Creditor Pak Fabric Sales Co. Inc. nschultzesq@gmail.com |
| Nathan Schultz | on behalf of Petitioning Creditor Daniel Silna nschultzesq@gmail.com |

| | |
|---|---|
| Nathan Schultz | on behalf of Petitioning Creditor The Sophie Silna 2006 Trust nschultzesq@gmail.com |
| Richard C. Norton | on behalf of Trustee Gerald H. Davis richnor@aol.com NMAfileclerk@outlook.com |
| United States Trustee | ustp.region15@usdoj.gov |

TOTAL: 13