CSD 1001A [07/01/18]

Name, Address, Telephone No. & I.D. No.
Gerald H. Davis, 110417
PO Box 38
Aguanga CA 92536
(619) 400-9997
ghd@trusteedavis.com

Order Entered on
September 14, 2026
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

STEMEDICA CELL TECHNOLOGIES, INC.

Debtor.

Case No: 25-01855-JBM7
Date of Hearing:
Time of Hearing:
Name of Judge: J. Barrett Marum

# ORDER
# GRANTING TRUSTEE'S NON-CONTESTED NOTICE OF PROPOSED ABANDONMENT OF PROPERTY

The court orders as set forth on the continuation pages attached and numbered 2 through 2 with exhibits, if any, for a total of 2 pages. Notice/Motion/Application Docket Entry No. 78.

//

//

//

//

//

//

DATED: September 14, 2026

Judge, United States Bankruptcy Court

---

On August 15, 2026 Trustee filed a Trustee's Notice of Proposed Abandonment of Property (Docket # 78). Said Notice was served on all parties August 19, 2026. No request for hearing nor objection to said Notice having been filed with the Court or received by moving party; and good cause appearing therefor, it is,

ORDERED ADJUDGED AND DECREED that the property listed in Trustee's Notice of Proposed Abandonment of Property; **BANK OF AMERICA, $796.78,** is abandoned.

Signed by Judge J Barrett Marum September 14, 2026