# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0974−3 | User: Admin. | Date Created: 9/14/2026 |
| Case: 25−01855−JBM7 | Form ID: pdfO1 | Total: 4 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | Gerald H. Davis | ghd@trusteedavis.com |
| aty | Ajay Gupta | ajay@guptalc.com |
| aty | Richard C. Norton | richnor@aol.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Stemedica Cell Technologies, Inc. | 1420 Kettner Blvd. | Ste 100 | San Diego, CA 92101 |

TOTAL: 1