CSD 1001A [07/01/18]

Name, Address, Telephone No. & I.D. No.
Gerald H. Davis, 110417
PO Box 38
Aguanga CA 92536
(619) 400-9997
ghd@trusteedavis.com

Order Entered on
September 14, 2026
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

STEMEDICA CELL TECHNOLOGIES, INC.

Debtor.

Case No: 25-01855-JBM7
Date of Hearing:
Time of Hearing:
Name of Judge: J. Barrett Marum

# ORDER
# GRANTING TRUSTEE'S NON-CONTESTED NOTICE OF PROPOSED ABANDONMENT OF PROPERTY

The court orders as set forth on the continuation pages attached and numbered 2 through 2 with exhibits, if any, for a total of 2 pages. Notice/Motion/Application Docket Entry No. 78.

//

//

//

//

//

//

DATED: September 14, 2026

Judge, United States Bankruptcy Court

On August 15, 2026 Trustee filed a Trustee's Notice of Proposed Abandonment of Property (Docket # 78). Said Notice was served on all parties August 19, 2026. No request for hearing nor objection to said Notice having been filed with the Court or received by moving party; and good cause appearing therefor, it is,

ORDERED ADJUDGED AND DECREED that the property listed in Trustee's Notice of Proposed Abandonment of Property; **BANK OF AMERICA, $796.78,** is abandoned.

Signed by Judge J Barrett Marum September 14, 2026

United States Bankruptcy Court
Southern District of California

In re: Case No. 25-01855-JBM
Stemedica Cell Technologies, Inc. Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0974-3 User: Admin. Page 1 of 2
Date Rcvd: Sep 14, 2026 Form ID: pdfO1 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stemedica Cell Technologies, Inc., 1420 Kettner Blvd., Ste 100, San Diego, CA 92101-5373 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ajay Gupta | on behalf of Debtor Stemedica Cell Technologies Inc. ajay@guptalc.com, guptaar87864@notify.bestcase.com,2086377420@filings.docketbird.com,9135577420@filings.docketbird.com |
| Alyssa Ivancevich | on behalf of United States Trustee United States Trustee alyssa.s.ivancevich@usdoj.gov tiffany.l.carroll@usdoj.gov,ustp.region15@usdoj.gov |
| Bruno Flores | on behalf of Interested Party Steven Gerbsman bruno@brunoflores.com jackie@brunoflores.com;17568@notices.nextchapterbk.com |
| Gerald H. Davis | ghd@trusteedavis.com ghd@trustesolutions.net,juliesmythdavis2@gmail.com |
| Jacquelyn Choi | on behalf of Creditor CardioCell LLC jacquelyn.Choi@rimonlaw.com, docketing@rimonlaw.com |

| | |
|---|---|
| Jacquelyn Choi | on behalf of Creditor Nina Vikhrieva jacquelyn.Choi@rimonlaw.com docketing@rimonlaw.com |
| Nathan Schultz | on behalf of Petitioning Creditor Daniel Silna nschultzesq@gmail.com |
| Nathan Schultz | on behalf of Petitioning Creditor The Sophie Silna 2006 Trust nschultzesq@gmail.com |
| Nathan Schultz | on behalf of Petitioning Creditor The Samantha Silna 2006 Trust nschultzesq@gmail.com |
| Nathan Schultz | on behalf of Petitioning Creditor The Spencer Silna 2006 Trust nschultzesq@gmail.com |
| Nathan Schultz | on behalf of Petitioning Creditor Pak Fabric Sales Co. Inc. nschultzesq@gmail.com |
| Richard C. Norton | on behalf of Trustee Gerald H. Davis richnor@aol.com NMAfileclerk@outlook.com |
| United States Trustee | ustp.region15@usdoj.gov |

TOTAL: 13